IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. FREE,

      Petitioner,                      No. CIV S-06-2705 GEB EFB P

    vs.

M. KRAMER, Warden, et al.,

      Respondents.                 ORDER

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

      Petitioner challenges a conviction in the Tuolumne County Superior Court. The action arises out of acts or occurrences in Tuolumne County, which is located in the Fresno portion of this court's intra-district venue provisions. For that reasons, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

/////

/////

1      3. The new case number shall be used on all future filings, and such filings shall filed at:

2
>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA  93721

5  Dated:  December 7, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2